L. Davis against A. M. Engel & Co., Incorporated. No opinion. Application denied, with $10 costs. Order signed.

DAVIS, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by Nellie Davis, as administratrix, etc., against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order affirmed, with costs. See, also, 161 App. Div. 908, 145 N. Y. Supp. 1119.

DECKER, Respondent, v. CONSELYEA, Appellant. (Supreme Court, Appellate Division, Second Department. January 29, 1915.) Action by William N. Decker, as committee of the estate of Charles Conselyea, against John P. Conselyea. No opinion. Judgment affirmed, with costs.

DE CORDOVA v. SANVILLE. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Evelyn De Cordovo, as executrix, against Arthur J. Sanville. No opinion. Motion granted. Question certified. Order filed. See, also, 150 N. Y. Supp. 709.

DEEBACH, Respondent, v. ROBERT GAIR CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 11, 1915.) Action by Lizette Deebach, as administratrix, etc., of Charles Deebach, deceased, against the Robert Gair Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the authority of Deebach v. Robert Gair Co., 143 App. Div. 489, 127 N. Y. Supp. 934.

THOMAS, J., concurs, on the ground that the sole question for the jury is whether the master negligently permitted the custom of leaving the doors open, and the accident happened from that custom.

DE LUCCA, Appellant, v. LITTLE FALLS NAT. BANK, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Gracomo De Lucca against the Little Falls National Bank. No opinion. Motion granted, and appeal dismissed, with costs.

DE MAURIAC et al., Appellants, v. BYRNES, Respondent. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Guy M. De Mauriac and others against Ophelia A. Byrnes. H. A. Schoenfield, of New York City, for appellants. H. Aaron, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 162 App. Div. 900, 146 N. Y. Supp. 1089.

DEMUTH, Respondent, v. KEMP et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Jeannette Demuth against Arthur T. Kemp and others. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on authority of Demuth v. New York Life Insurance & Trust Company (decided herewith) 150 N. Y. Supp. 981.

DEVINE v. MELTON et al. (No. 6889.) (Supreme Court, Appellate Division, First Department. February 11, 1915.) Appeal from Special Term, New York County. Action by Thomas F. Devine against Walter Melton and another. From an order granting temporary injunction and appointing a receiver, defendants appeal. Modified and affirmed. A. Rosenstein, of New York City, for appellants. John W. Hannon, of New York, for respondent.

PER CURIAM. The order appealed from should be modified, by striking out so much thereof as provides for the appointment of a receiver, and by providing that either party may hereafter apply for such appointment upon presenting proof that there may be danger of the loss of the fund. As so modified, the order is affirmed, without costs.

DI BENCDETTO, Appellant, v. EGAN et al., Respondents. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Joseph Di Bencdetto against William H. Egan and others. C. J. Hardy, of New York City, for appellant. E. Sweeney, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DICKINSON v. TYSEN et al. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by John J. Dickinson against David J. Tysen, impleaded, etc. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1083.

DIFURIA, Respondent, v. WALLACE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1915.) Action by Antonio Difuria against Lulu J. Wallace.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the evidence presented a question of fact as to the refusal of the defendant to perform, thereby relieving the plaintiff from the tender of the purchase price, and that the credibility of the plaintiff's testimony, under the circumstances of this case, was for the jury. See Mendoza v. Levy, 111 App. Div. 449, 97 N. Y. Supp. 753, and cases cited.

DI PRETE v. CANAVAN BROS. CO. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Cardina Di Prete against the Canavan Bros. Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1083.

DOHERTY, Appellant, v. DICKSON & TURNBULL, Respondent. (Supreme Court,